171 So.2d 479

Frank FULCO et al.

v.

ARKANSAS LOUISIANA GAS COMPANY.

No. 47618.

Feb. 23, 1965.

In re: Arkansas Louisiana Gas Company applying for certiorari, or writ of review,

to the Court of Appeal, Second Circuit, Parish of Caddo. 170 So.2d 140.

Writ refused. On the facts found by the Court of Appeal, the result is correct.